In the Matter of the Application of GEORGE DYSON FRIOU, a Taxpayer, Respondent, against JAMES MARSHALL, as President of the Board of Education of the City of New York, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FRANCES S. BOULTON, Appellant, v. FIORELLO H. LAGUARDIA and Others, as Members of the Board of Estimate and Apportionment and as Individual Officers of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [166 Misc. 293.]

LENA GREENBERG, Appellant, v. THEODORE QUINT, Respondent.— Order and judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARK G. KUNEY and EDWARD A. SAUTER, Relators, Appellants, v. WILLIAM A. ADAMS, Warden of City Prison, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See sub nom. Matter of Donnelly (Kuney-Sauter), 168 Misc. 285; Id. 308.]

In the Matter of the Application of WILLIAM J. DAWLEY, Petitioner, Respondent, for an Order Pursuant to Section 475 of the Judiciary Law to Fix an Attorney's Lien. BENJAMIN F. HAAS, Appellant, v. ALBERT GOLDSTEIN and NAT ROSENTHAL, Defendants. (Action No. 1.) BENJAMIN F. HAAS, Appellant, v. ALBERT GOLDSTEIN, Defendant. (Action No. 2.) — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HARRY SALOMONSKY, as Administrator, etc., of HARRY J. MERWIN, Deceased, Appellant, v. THOMAS E. MURRAY, JR., as Receiver of Interborough Rapid Transit Company, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley and Untermyer, JJ., dissent and vote to reverse and grant the motion.

JACK SENS and SIDNEY COHEN, Appellants, v. ATLANTIC & PACIFIC PACKING Co., INC., Respondent.— Order so far as appealed from unanimously reversed, with twenty dollars costs and disbursements to the appellants, and the motion granted in all respects. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY NOONAN, as Administratrix, etc., of THOMAS NOONAN, Deceased, Appellant, v. NEW YORK RAPID TRANSIT CORPORATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley and Untermyer, JJ., dissent and vote to reverse and deny the motion.